UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGOBERTO CARDENAS-BORBON,

      Petitioner,                    Case No. 10-13548

v.                                    HONORABLE AVERN COHN
                                      UNITED STATES DISTRICT JUDGE
DEBRA SCUTT,

      Respondent,
_____/

# ORDER FINDING PETITIONER'S EX-PARTE MOTION REQUESTING A RULING ON MOTION TO STAY PROCEEDINGS AND TO HOLD IT IN ABEYANCE AS MOOT

      Before the Court is the above referenced motion. On September 14, 2010 the Court entered a memorandum and order granting the petitioner's Motion for Stay, etc. (D/E 5). Therefore,

      IT IS ORDERED that the motion is MOOT.

      SO ORDERED.


Dated: September 24, 2010          s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Rigoberto Cardenas-Borbon, 630964, G. Robert Cotton Correctional Facility 3500 N. Elm Road Jackson, MI 49201 and to the attorneys of record on this date, September 24, 2010, by electronic and/or ordinary mail.

                                              s/Michael Williams
                                              Relief Case Manager
                                              (313) 234-5160